J-A21035-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| SUSAN MCINTYRE AND CHARLES MCINTYRE | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| Appellants | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | No. 3143 EDA 2017 |
| OLYMPUS AMERICA, INC.; OLYMPUS CORPORATION OF THE AMERICAS; OLYMPUS MEDICAL SYSTEM CORPORATION; AND CUSTOM ULTRASONICS, INC. | : | |

Appeal from the Order Dated August 18, 2017
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  February Term, 2016 No. 001032

BEFORE:  PANELLA, J., OLSON, J., and McLAUGHLIN, J.

JUDGMENT ORDER BY McLAUGHLIN, J.:                    **FILED MAY 13, 2019**

Susan McIntyre and Charles McIntyre appeal from the order that granted the preliminary objections of Olympus Medical System Corp. (OMSC) asserting lack of personal jurisdiction. The McIntyres also contend that the trial court should not have granted the motion brought by other defendants – Olympus America, Inc. (OAI), Olympus Corporation of the Americas (OCA) (collectively, OA), and Custom Ultrasonics, Inc. (Custom) – for a *forum non conveniens* dismissal.

We recently considered arguments and evidence materially identical to those here, in ***Vaughan v. Olympus America, Inc.***, ____ A.3d ____, 2019 PA Super 112 (filed April 10, 2019). We concluded in ***Vaughan*** that Pennsylvania

could exert specific jurisdiction over OMSC and that the *forum non conveniens* dismissal was improper. We reach the identical conclusions here for the reasons set forth in **Vaughan**.

Orders reversed; case remanded; jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 5/13/19